UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>                    Plaintiff,<br><br>       v.<br><br>R. KRANTZ, et al.,<br><br>                    Defendants. | Case No.   1:22-cv-00621-ADA-EPG (PC)<br><br>ORDER GRANTING EXTENSION OF TIME TO PAY THE FILING FEE<br><br>(ECF No. 12) |

      Plaintiff Kevin Allen is a state prisoner proceeding *pro se* in this civil rights action filed under 42 U.S.C. § 1983. (ECF No. 1). On July 25, 2022, then presiding District Judge Dale A. Drozd ordered Plaintiff to pay the $402 filing fee within thirty days from service of the order. (ECF No. 10). On August 24, 2022, District Judge Ana de Alba was reassigned to this case. (ECF No. 11)

      This matter is now before the Court on Plaintiff's motion to reopen the case, stating that he settled another case recently and will receive $12,000. (ECF No. 12). Plaintiff states that, if the Court permits the case to go forward, he will send the $402 filing fee once he receives his settlement funds.

      Given Plaintiff's representations that he intends to pay the filing fee, the Court will extend the deadline for him to do so. However, because this case has not been closed, the Court need not reopen it.

1

Accordingly, IT IS ORDERED that Plaintiff's motion to reopen the case (ECF No. 12) is granted to the extent that Plaintiff shall have an extension until October 28, 2022, to pay the filing fee in this action. Plaintiff is warned that failure to pay the filing fee within the specified time may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **September 22, 2022**            /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE