UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>            Plaintiff,<br><br>   v.<br><br>R. KRANTZ, et al.,<br><br>            Defendants. | No. 1:22-cv-00621-ADA-EPG (PC)<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE<br><br>(ECF No. 10) |

       Plaintiff Kevin Allen is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

       On July 25, 2022, formerly presiding District Judge Dale A. Drozd issued an order denying Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g).[1] (ECF No. 10 at 4.) Plaintiff was ordered to pay the $402.00 filing fee in full within 30 days if he wanted to proceed with this action. (*Id.*) Notably, Plaintiff was warned that "failure to pay the filing fee within the specified time will result in the dismissal of this action." (*Id.*)

       Plaintiff sought an extension to pay the filing fee, stating he was going to use money received from a settlement from a separate case. (ECF No. 12.) Plaintiff was granted an extension to October 28, 2022, to pay the file fee, but he has still failed to pay it. (ECF No. 13.)

---

[1] The case was reassigned to the undersigned on August 24, 2022. (ECF No. 11.)

1

Accordingly, IT IS SO ORDERED:

1. This action is DISMISSED without prejudice; and
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 14, 2022

_____
UNITED STATES DISTRICT JUDGE

2